**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

| | |
|---|---|
| **GET FIT FAST SUPPLEMENTS, LLC,** a Florida Limited Liability Company, **Plaintiff,** v. **RICHPIANAUNCENSORED.COM, LLC,** a Florida Limited Liability Company, **Defendant.** | **Case No.   19-CV-80641** |

## NOTICE OF REMOVAL

1.     Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, RICHPIANAUNCENSORED.COM, LLC ("**RPU**"), hereby removes this action from the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida (Case No. 502019CA004882XXXXMB), to the United States District Court for the Southern District of Florida, being the federal district embracing the place where the case is pending. In support of this Notice of Removal, RPU states the following:

## TIMELINESS OF REMOVAL

2.     On April 15, 2019, Plaintiff, GET FIT FAST SUPPLEMENTS LLC ("**Get Fit**") filed a Complaint in the Circuit Court in and for Palm Beach County, Florida styled *Get Fit Fast Supplements LLC v. Richpianauncensored.com LLC*, Case No. 502019CA004882XXXXMB (the

"State Court Action").[1]

3.      RPU was served with the summons and Complaint on or about April 24, 2019.

4.      This Notice is timely because it was filed within thirty days of service of process on RPU. 28 U.S.C. § 1446(b); *see also Murphy Bros., Inc. v. Michetti Pipe Stringing,  Inc.*, 526 U.S. 344, 347-48 (1999) (holding "that a named defendant's time to remove is triggered by simultaneous service of the summons and complaint, or receipt of the complaint, 'through service or otherwise,' after and apart from the service of the summons, but not by mere receipt of the complaint unattended by any formal service").

5.      Written notice of the filing of this Notice of Removal and the removal of the state court action is being served on plaintiff through his counsel of record.  Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being promptly filed with the Clerk of the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida.

## STATEMENT OF THE CASE

6.      RPU is a wholly owned subsidiary of Five Percent Nutrition LLC ("**Five Percent**"). Five Percent Nutrition develops, markets, and sells premium, high-quality nutritional supplements through its own website and through a network of authorized resellers.

7.      Plaintiff Get Fit purports to sell Five Percent's nutritional supplements through amazon.com. Get Fit is not an authorized reseller of Five Percent's supplements.

8.      Five Percent monitors online activity related to its products to ensure quality, and has quality controls in place to protect its products, goodwill, and brand. Five Percent discovered Get Fit purporting to sell Five Percent products through amazon.com, despite never authorizing Get Fit to sell its products.

---

[1]Pursuant to 28 U.S.C. § 1446(a),a A copy of the Complaint, is attached hereto as Exhibit A, along with copies of all other process, pleadings, and orders filed in the State Court Action.

9.     Five Percent notified Amazon.com that Plaintiff Get Fit was not authorized to sell Five Percent products and that Get Fit was selling counterfeit Five Percent products, which has led to the State Court Action.

10.     The Complaint asserts two causes of action; Count I seek a Declaratory Judgment. Specifically, Count I requests a determination that the alleged Five Percent products sold by Get Fit are authentic. Count II seeks damages related to alleged Tortious Interference.

## I.   FEDERAL QUESTION JURISDICTION EXISTS UNDER 28 U.S.C. § 1331

11.     This Court has jurisdiction over this matter under 28 U.S.C. § 1331 as the nature of Count I will require an analysis under Federal Trademark law to determine whether the products sold by Get Fit are authentic Five Percent supplements.

12.     To promote and protect the Five Percent brand, Five Percent has registered several trademarks with the United States Patent and Trademark Office, specifically 5% NUTRITION® (U.S. Registration No. 4736463 – Registered May 12, 2015); RICH PIANA 5% NUTRITION® (U.S. Registration No. 5418377 – Registered March 6, 2018); RICH PIANA® (U.S. Registration No. 5418378 – Registered March 6, 2018); **5%** ® (U.S. Registration No. 5418379 – Registered March 6, 2018); and **5%** ® (U.S. Registration No. 5503146 – Registered June 26, 2018) (hereinafter cumulatively referred to as the "Five Percent Trademarks").

13.     Count I seeks to have the products being sold by Get Fit declared as genuine Five Percent products. In order to make this determination, the Palm Beach Circuit Court would be required to make an analysis under Federal Trademark law as any purported Five Percent supplement being sold by Get Fit would be marked with one or more of the Five Percent Trademarks.

14.     Any purported Five Percent supplement being sold by Get Fit, which does not bear

one of the Five Percent Trademarks could not be authentic.  Furthermore, the State Court Action seeks a determination that Get Fit's use of the Five Percent Trademarks is legitimate and authentic, which bears on issues of Federal Trademark law and requires determinations under the same.

15.     The Five Percent Trademarks are so intertwined with Five Percent's supplements that it would be impossible for the Palm Beach Circuit Court to make a determination as to Count I of the Complaint without 15 U.S.C. Chapter 22, which contains the Federal Trademark laws.

16.     Count I of the Complaint is essentially asking the Palm Beach Circuit Court to allow Get Fit to use the Five Percent Trademarks, and determine the legitimacy of products which may or may not bear the Trademark of Five Percent, under the guise of a Chapter 86, *Florida Statutes*, declaratory claim.

17.     The instant case is analogous to *Otter Products, LLC v. Wang*, 2019 WL 1403022 (March 28, 2019 D. Colorado). In *Otter Products*, the plaintiffs manufactured and sold premium mobile device cases and accessories through their own website and a network of authorized resellers. *Id*. at *1. Plaintiff has several trademarks registered to ensure quality control and to be able to monitor authorized resellers compliance with the Plaintiff's standards for quality control. *Id.* at *1-2. The defendant was not an authorized reseller of the Plaintiff, but was selling products with the Plaintiff's trademarks that were not genuine products through Amazon. *Id*. at 2. Because the claims arose out of Federal Trademark law, the District Court for the District of Colorado had jurisdiction under 28. U.S.C. §1331. *Id*. at *3.

18.     Similar to the claims in *Otter Products*, the Court will be required to conduct its analysis under the Federal Trademark law in 15 U.S.C. Chapter 22, which gives the Southern District of Florida jurisdiction over this matter.

19.     Based on the foregoing, it is clear that the Southern District of Florida has

jurisdiction pursuant to 28 U.S.C. § 1331.

## CONCLUSION

Based on the foregoing, Defendant RPU hereby removes this action from the Circuit Court of the Fifteenth Judicial Circuit in and For Palm Beach County Florida to the United States District Court for the Southern District of Florida pursuant to 28 U.S.C. § 1331.

By this Notice of Removal, Five Percent does not waive any objections it may have as to service, jurisdiction or venue, or any other defense or objections it may have to this action. Five Percent makes no admission of fact, law, or liability by this Notice, and expressly reserves all defenses, motions and/or pleas.

Dated: May 14, 2019

ELLISON | LAZENBY


  _/s Jason M. Ellison_
Jason M. Ellison
FBN: 0040963
jellison@elattorneys.com
Brittney P. Baker
FBN: 0113803
bbaker@elattorneys.com
200 Central Avenue, Suite 1850
St. Petersburg, FL 33701
admin2@elattorneys.com
Phone -(727) 362-6151
Counsel for Defendant
RICHPIANAUNCENSORED.COM, LLC,

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

| | |
|---|---|
| **GET FIT FAST SUPPLEMENTS, LLC,** <br> **a Florida Limited Liability Company,** <br><br>          **Plaintiff,** <br><br> **v.** <br><br> **RICHPIANAUNCENSORED.COM,** <br> **LLC, a Florida Limited Liability** <br> **Company,** <br><br>          **Defendant.** | **Case No.   19-CV-80641** |

## NOTICE OF REMOVAL

# EXHIBIT A

Filing # 87979825 E-Filed 04/15/2019 02:00:58 PM

## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law.  This form must be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to section 25.075, Florida Statutes.  (See instructions for completion.)

### I.   CASE STYLE

IN THE CIRCUIT COURT OF THE <u>FIFTEENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>PALM BEACH</u>   COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>Get Fit Fast Supplements LLC</u>
 Plaintiff
vs.
<u>RICHPIANAUNCENSORED Com LLC</u>
Defendant

### II.   TYPE OF CASE

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence – other
  ☐ Business governance
  ☒ Business torts
  ☐ Environmental/Toxic tort
  ☐ Third party indemnification
  ☐ Construction defect
  ☐ Mass tort
  ☐ Negligent security
  ☐ Nursing home negligence
  ☐ Premises liability – commercial
  ☐ Premises liability – residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
  ☐ Commercial foreclosure $0 - $50,000
  ☐ Commercial foreclosure $50,001 - $249,999
  ☐ Commercial foreclosure $250,000 or more
  ☐ Homestead residential foreclosure $0 – 50,000
  ☐ Homestead residential foreclosure $50,001 - $249,999
  ☐ Homestead residential foreclosure $250,000 or more
  ☐ Non-homestead residential foreclosure $0 - $50,000
  ☐ Non-homestead residential foreclosure $50,001 - $249,999

☐ Non-homestead residential foreclosure $250,00 or more
☐ Other real property actions $0 - $50,000
☐ Other real property actions $50,001 - $249,999
☐ Other real property actions $250,000 or more

☐ Professional malpractice
  ☐ Malpractice – business
  ☐ Malpractice – medical
  ☐ Malpractice – other professional
☐ Other
  ☐ Antitrust/Trade Regulation
  ☐ Business Transaction
  ☐ Circuit Civil - Not Applicable
  ☐ Constitutional challenge-statute or ordinance
  ☐ Constitutional challenge-proposed amendment
  ☐ Corporate Trusts
  ☐ Discrimination-employment or other
  ☐ Insurance claims
  ☐ Intellectual property
  ☐ Libel/Slander
  ☐ Shareholder derivative action
  ☐ Securities litigation
  ☐ Trade secrets
  ☐ Trust litigation

FILED: PALM BEACH COUNTY, FL, SHARON R. BOCK, CLERK, 04/15/2019 02:00:58 PM

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐  No ☒

III.  **REMEDIES SOUGHT** (check all that apply):
    ☒  Monetary;
    ☐  Non-monetary declaratory or injunctive relief;
    ☐  Punitive

IV.  **NUMBER OF CAUSES OF ACTION: (     )**
    (Specify)

    <u>Two</u>

V.  **IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐  Yes
    ☒  No

VI.  **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒  No
    ☐  Yes – If "yes" list all related cases by name, case number and court:

VII.  **IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☐  Yes
    ☒  No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature <u>s/ Geoffrey M Cahen</u>      FL Bar No.: <u>13319</u>
       Attorney or party                      (Bar number, if attorney)

<u>Geoffrey M Cahen</u>   <u>04/15/2019</u>
    (Type or print name)                  Date

NOT A CERTIFIED COPY

jurisdiction pursuant to 28 U.S.C. § 1331.

## CONCLUSION

Based on the foregoing, Defendant RPU hereby removes this action from the Circuit Court of the Fifteenth Judicial Circuit in and For Palm Beach County Florida to the United States District Court for the Southern District of Florida pursuant to 28 U.S.C. § 1331.

By this Notice of Removal, Five Percent does not waive any objections it may have as to service, jurisdiction or venue, or any other defense or objections it may have to this action. Five Percent makes no admission of fact, law, or liability by this Notice, and expressly reserves all defenses, motions and/or pleas.

Dated: May 14, 2019

ELLISON | LAZENBY


  */s Jason M. Ellison*
Jason M. Ellison
FBN: 0040963
jellison@elattorneys.com
Brittney P. Baker
FBN: 0113803
bbaker@elattorneys.com
200 Central Avenue, Suite 1850
St. Petersburg, FL 33701
admin2@elattorneys.com
Phone -(727) 362-6151
Counsel for Defendant
RICHPIANAUNCENSORED.COM, LLC,

IN THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY, FLORIDA

DIVISION:

CASE NO.

GET FIT FAST SUPPLEMENTS LLC   )
)
      Plaintiff,      )
)
v.      )
)
RICHPIANAUNCENSORED.COM   )
LLC,   )
)
      Defendant.      )

_____

## COMPLAINT

Plaintiff GET FIT FAST SUPPLEMENTS LLC ("Get Fit") sues Defendant

RICHPIANAUNCENSORED.COM LLC ("Five Percent"), and alleges as follows:

## INTRODUCTION

1.   This in an action for declaratory judgment and tortious interference with contract.

2.   As a result of Five Percent's tortious misconduct, Get Fit has incurred damages in excess

of $15,000.00, exclusive of interest, costs and attorney's fees.

## THE PARTIES AND JURISDICTION

3.   Get Fit is a Florida limited liability company with principal place of business in Palm

Beach County, Florida.

4.   Five Percent is a Florida limited liability company with principal place of business in

Largo, Florida.

5.   The court has personal jurisdiction over Five Percent because its principal place of

business is in Florida and the tortious misconduct occurred in Palm Beach County.

6.   Venue is proper because Five Percent's principal place of business is in Florida and the tortious misconduct occurred in Palm Beach County.

## GENERAL ALLEGATIONS

7.   Five Percent manufactures and sells health supplements, including those under the 5 Percent Nutrition brand.

8.   Get Fit operates multiple seller accounts on amazon.com.

9.   Through these amazon.com accounts, Get Fit sells health supplements and related products, including 5 Percent Nutrition.

10. Get Fit has been selling 5 Percent Nutrition products on amazon.com for more than two years without incident.

11. At all times, Get Fit has sold authentic 5 Percent Nutrition products.

12. Recently, Five Percent notified amazon.com that Get Fit was selling counterfeit 5 Percent Nutrition products.

13. According to its terms of service related to intellectual property violations, amazon.com removed Get Fit's listings for all of its 5 Percent Nutrition products.

14. 5 Percent did not order any of its products from Get Fit. If it had done so, it would have actual knowledge that the 5 Percent Nutrition products sold by Get Fit are authentic and not counterfeit.

15. Get Fit contacted 5 Percent to try to resolve the dispute so it would reinstate its listings on amazon.com, but 5 Percent did not respond to any communications.

16. Amazon.com will not restore the listings without approval from 5 Percent, which it is unreasonably withholding for no legitimate reason.

17. Amazon.com also temporarily suspended one of Get Fit's seller accounts, the result of which restricts Get Fit from selling non 5 Percent products.

18. Get Fit has over $80,000 of 5 Percent Nutrition inventory that it now is barred from selling on amazon.com, which is it main avenue for selling such products.

19. Get Fit has engaged the undersigned attorney and is obligated to pay him a reasonable fee.

20. All conditions precedent to bringing this action have occurred, have been satisfied or were waived.

## COUNT I – Declaratory Judgment

21. Get Fit readopts and realleges the allegations contained in paragraphs 1 through 20 herein.

22. Get Fit has a contractual relationship with amazon.com pursuant to which it has agreed to abide by amazon.com's terms and conditions.

23. 5 Percent has tortiously interfered with Get Fit's contractual rights to sell authentic products on amazon.com by falsely notifying amazon.com that Get Fit is selling counterfeit 5 Percent Nutrition products.

24. There is no justification for 5 Percent's tortious misconduct.

25. Under the circumstances, Get Fit cannot sell its 5 Percent Nutrition products on amazon.com and one of its seller accounts has been temporarily suspended.

26. Get Fit is entitled to a declaratory judgment that its 5 Percent Nutrition products are authentic.

WHEREFORE, Get Fit respectfully requests that this Court enter a declaratory judgment that its 5 Percent Nutrition products are authentic together with interest, costs and such other and further relief as this Court deems just and appropriate.

## COUNT II – Tortious Interference

27.      Get Fit readopts and realleges the allegations contained in paragraphs 1 through 20 herein.

28.      Get Fit has a contractual relationship with amazon.com pursuant to which it has agreed to abide by amazon.com's terms and conditions.

29. 5 Percent has tortiously interfered with Get Fit's contractual rights to sell authentic products on amazon.com by falsely notifying amazon.com that Get Fit is selling counterfeit 5 Percent Nutrition products.

30. There is no justification for 5 Percent's tortious misconduct.

31. Under the circumstances, Get Fit cannot sell its 5 Percent Nutrition products on amazon.com and one of its seller accounts has been temporarily suspended.

32. As a result, Get fit has incurred damages.

WHEREFORE, Get Fit respectfully requests that this Court enter a judgment for damages against 5 Percent in an amount to be determined at trial together with interest, costs and such other and further relief as this Court deems just and appropriate.


Dated: April 15, 2019
       Boca Raton, Florida

                          CAHEN LAW, P. A.
                          1900 Glades Road, Suite 270
                          Boca Raton, Florida 33431
                          Telephone: (561) 922-0430

/s/ *Geoffrey M. Cahen*
GEOFFREY M. CAHEN
Florida Bar No. 0013319
Geoff@cahenlaw.com



NOT A CERTIFIED COPY

IN THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY, FLORIDA

DIVISION:

CASE NO.

GET FIT FAST SUPPLEMENTS LLC )
           )
        Plaintiff, )
           )
           )
v.            )
           )
RICHPIANAUNCENSORED.COM )
LLC,           )
           )
        Defendant. )

_____

### SUMMONS

THE STATE OF FLORIDA    )
                      :
COUNTY OF PALM BEACH )

       YOU ARE COMMANDED to serve this summons and a copy of the complaint in this lawsuit on defendant:

           RICHPIANAUNCENSORED.COM LLC,
           Registered Agent: Peter HYC
           8255 Bryan Dairy Rd., Ste. 190
           Largo, FL  33777-1350

Defendant is required to serve written defenses to the complaint on Plaintiff's attorney, whose name and address is: *Geoffrey Cohen, Esq., Cohen Law, 1900 Glades Road, Suite 270, Boca Raton, FL 33431*, within 20 days after service of this summons, exclusive of the day or service, and to file the original of the defenses with the clerk of this court before service on Plaintiff's attorney or immediately thereafter. If Defendant fails to do so, a default will be entered against that defendant for the relief demanded on the complaint.

Dated     <u>    Apr 16 2019         </u>



CLERK OF CIRCUIT COURT

_____

As Clerk of Court        REYAZ ALI

(Seal)

ANY PERSONS WITH A DISABILITY REQUIRING REASONABLE AC0MMODATIONS SHOULD CALL
(561) 355-2500- (V/TDD), N0 LATER THAN SEVEN (7) DAYS PRIOR To ANY PROCEEDING.

NOT A CERTIFIED COPY

## **IMPORTANT**

A lawsuit has been filed against you.  You have 20 calendar days after this Summons is served on you to file a written response to the attached Complaint with the Clerk of this Court. A phone call will not protect you; your written response, including the above case number and named parties, must be filed if you want the Court to hear your case.  If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

## **IMPORTANTE**

Usted ha sido demandado legalmente.  Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

## **IMPORTANT**

Des poursuites judiciares ont ete entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal.  Un simple coup de telephone est insuffisant pour vous proteger.  Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).



**SHARON R. BOCK**

CLERK & COMPTROLLER
PALM BEACH COUNTY, FLORIDA

# RECEIPT
3126983

Printed On:
04/16/2019 09:46
Page 1 of 1

| Receipt Number: 3126983 - Date 04/16/2019  Time 9:46AM | | | |
|---|---|---|---|
| **Received of:** | Geoffrey M Cahen 1900 Glades Road Boca Raton, FL 33431 | | |
| **Cashier Name:** | ADMIN | **Balance Owed:** | 411.00 |
| **Cashier Location:** | E-Filing | **Total Amount Paid:** | 411.00 |
| **Receipt ID:** | 9400343 | **Remaining Balance:** | 0.00 |
| **Division:** | AD: Circuit Civil Central - AD(Civil) | | |

| Case# 50-2019-CA-004882-XXXX-MB -- PLAINTIFF/PETITIONER: GET FIT FAST SUPPLEMENTS LLC | | | |
|---|---|---|---|
| **Item** | **Balance** | **Paid** | **Bal Remaining** |
| Fees | 411.00 | 411.00 | 0.00 |
| **Case Total** | **411.00** | **411.00** | **0.00** |

| Payments | | |
|---|---|---|
| **Type** | **Ref#** | **Amount** |
| EFiling_CREDITCARD | 24455445 | 411.00 |
| **Total Received** | | **411.00** |
| **Total Paid** | | **411.00** |



**How was your service today?**  Please visit www.mypalmbeachclerk.com/survey or send your feedback to clerkweb@mypalmbeachclerk.com.
**For office locations and information about Clerk & Comptroller services:**
Visit www.mypalmbeachclerk.com or call (561) 355-2996.

NOT A CERTIFIED COPY

IN THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY, FLORIDA

CASE NO.   502019CA004882XXXXMB

GET FIT FAST SUPPLEMENTS LLC,　)
　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　)
RICHPIANAUNCENSORED.COM　　　)
LLC,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　　　)

**PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF
DOCUMENTS TO DEFENDANT**

　　　　Plaintiff, GET FIT FAST SUPPLEMENTS LLC, by and through its undersigned attorney

and pursuant to Florida Rule of Civil Procedure 1.350, serves the following First Request for

Production of Documents upon Defendant, RICHPIANAUNCENSORED.COM LLC, and

requests that Defendant produces the documents sought within thirty (30) days hereof for

inspection and copying at the offices of Cahen Law, PA, 1900 Glades Road, Suite 270, Boca

Raton, Florida.

**DEFINITIONS AND INSTRUCTIONS**

1. "And" and "or" should be construed as "and/or" to the extent necessary to render the
   Request as broad and inclusive as reasonably possible.

2. "Amazon" means or refer to Amazon.com, Inc., the operator of the internet sales website
   amazon.com.

3. "Get Fit" means or refers to Plaintiff Get Fit Fast Supplements LLC, and to its agents,
   officers, managers, employees, representatives, accountants, attorneys (present or former),

NOT A CERTIFIED COPY

parent companies, subsidiaries, affiliates, and any other persons or entities acting or purporting to act on its behalf.

4. "You" or "Your" means or refers to Defendant Richpianauncensored.com, LLC, also known as 5 Percent Nutrition, and to its agents, officers, managers, employees, representatives, accountants, attorneys (present or former), parent companies, subsidiaries, affiliates, and any other persons or entities acting or purporting to act on its behalf.

5. "5 Percent Nutrition" means and refers to a brand of nutrition products by that name manufactured by You.

6. The term "Communication" means Documents transmitted through any manner or means of disclosure, transfer or exchange of information, whether in person, by telephone, text messages, mail, electronic mail, personal delivery or otherwise.

7. "Document" shall include any written or graphic matter or other means of preserving thought or expression and all tangible things from which information can be processed or transcribed, including, but not limited to, any printed, written, recorded, taped, **electronic**, graphic, or other tangible matter from whatever source, however produced or reproduced, whether in draft or otherwise, whether sent or received or neither, including the original, all amendments and addenda and any non-identical copy (whether different from the original because of notes made on or attached to such copy or otherwise) of any and all writings, correspondence, letters, telegrams, video tape, audio tape, telex communications, text messages, cables, notes, notations, greeting cards, papers, newsletters, memoranda, inter-office communications, **electronic mail**, releases, agreements, contracts, books, pamphlets, studies, minutes of meetings, recordings or other memorials or any type of personal or telephone conversations, meetings or conferences (including, but not limited to, telephone bills and long distance charge slips), reports, analyses, evaluations, estimates, projections, forecasts, receipts, statements, accounts, books of account, diaries, calendars, desk pads, appointment books, stenographer's notebooks, transcripts, ledgers, registers, worksheets, journals, statistical records, cost sheets, summaries, lists, tabulations, digests, canceled or unconcealed checks or drafts, vouchers, charge slips, invoices, purchase orders, hotel charges, accountant's reports, financial statements, newspapers, periodical or magazine materials, and any material underlying, supporting or used in the preparation of any documents. **The term "Document" also means any and all computer records, data and information of whatever kind whether printed out or stored on or retrievable from any floppy diskette, compact diskette, magnetic tape, optical or magnetic-optical disk, hard drive or rapid access memory, including without limitation, all back-up copies, undeleted data, and dormant or remnant files.**

8. "Relate," "Relating," "Concerning" and "Regarding" refer to the state of being legally, factually, or in any way connected to the matter under discussion.

9. .Any pronoun should be construed as singular or plural and is included in the masculine, feminine or neuter gender to the extent necessary or appropriate to render the Request as broad and inclusive as reasonably possible.

## DOCUMENTS TO BE PRODUCED

1. All Communications with Amazon Relating To Get Fit.
2. All Documents sent to or received from Amazon Relating To Get Fit.
3. All Communications Relating To the authority of Get Fit to sell 5 Percent Nutrition products, regardless whether such Communications were within Your company, with Amazon, distributors or others.
4. Your company policies and procedures Relating To the distribution of 5 Percent Nutrition products through downstream distribution channels.
5. All of Your distribution agreements Relating To 5 Percent Nutrition products.
6. All Documents Relating To the authenticity of the 5 Percent Nutrition products in Get Fit's possession, custody or control.
7. All Communications with any Person Relating To the authenticity of the 5 Percent Nutrition products sold by Get Fit through Amazon.
8. All Communications with any Person in which You asserted or alleged that Get Fit's 5 Percent Nutrition products were counterfeit.
9. All of your insurance policies that may afford coverage for the allegations stated in the Complaint.
10. All agreements between Get Fit and Amazon.
11. All Documents Relating To Get Fit's account with Amazon.
12. All Documents identifying the source of Get Fit's 5 Percent Nutrition inventory (i.e., the Person that sold or distributed the product to Get Fit).
13. All of your due diligence Documents reflecting any investigation that You made as to whether Get Fit sold authentic or counterfeit 5 Percent Nutrition product through Amazon.
14. All photographs or other video evidence in Your possession of the 5 Percent Nutrition products that Get Fit sold through Amazon.
15. All Documents Relating To Your purchase of Get Fit 5 Percent Nutrition products through Amazon.
16. All Documents Relating To any testing that You conducted on any 5 Percent Nutrition product that You purchased from Get Fit though Amazon or through any other source.
17. All information upon which you relied to conclude that the 5 Percent Nutrition products that were sold by Get Fit were counterfeit.
18. All Communications between You and any experts retained to testify in this lawsuit.
19. All Documents Relating To Your marketing and sale of 5 Percent Nutrition products on Amazon, either directly or through distributors during the time period January 2018 to the present.

Dated: May 9, 2019
Boca Raton, Florida

CAHEN LAW, P.A.
*Attorney for Plaintiff*

1900 Glades Road,, Suite 270
Boca Raton, Florida  33431
Telephone:  (561) 922-0430

*/s/ Geoffrey M. Cahen*
GEOFFREY M. CAHEN
Florida Bar No. 0013319
geoff@cahenlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished

via e-filing and U.S. Mail, this **9th day of May, 2019** to the following:

RICHPIANAUNCENSORED.COM LLC,
Registered Agent: Peter HYC
8255 Bryan Dairy Rd., Ste. 190
Largo, FL 33777-1350

Geoffrey M. Cahen
Geoffrey M. Cahen, Esq.

NOT A CERTIFIED COPY